*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

October 14, 2020

No. 04-20-00488-CV

**SHENANDOAH CHURCH OF CHRIST**,
Appellant

v.

Gabriel **RODRIGUEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10952
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The clerk's record was originally due October 12, 2020, but was not filed. On October 13, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by October 26, 2020**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/s/Beth Watkins
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

/s/Michael A. Cruz
Michael A. Cruz,
Clerk of Court

Entered this 14th day of October 2020.                                    VOL._____, PG._____